THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stephen Casillo, Appellant.
 
 
 

Appeal From Anderson County
J. Cordell Maddox, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-465
Submitted October 1, 2009  Filed October
 12, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Stephen
 Casillo appeals his guilty pleas for four counts of armed robbery, attempted
 armed robbery, assault with intent to kill, and possession of a bomb or hoax
 device.  On appeal, his counsel argues his guilty plea did not comply with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Additionally,
 Casillo filed a pro se brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.           

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.